UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL.<br>Plaintiffs | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT;<br>and BRUCE P. MARQUIS,<br>Defendants | : | SEPTEMBER 24, 2003 |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 38, a telephone conference was held on September 10, 2003. The participants were:

Jon L. Schoenhorn for the plaintiffs.

Helen Apostolidis for the defendants.

I. CERTIFICATION

Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they will forward a copy of this report to their respective clients.

II. JURISDICTION

    A. **Subject Matter Jurisdiction**

Subject matter jurisdiction is founded upon Title 28 U.S.C. §§ 1331 and 1343(a)(3) and (4) and the first and fourteenth amendments to the United States Constitution.

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT 10/21/03

-1-