UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 6: 40

DISTRICT COURT
HARTFORD CT

JOSEPH INTURRI, et al.
    Plaintiffs,

v.  :  Civil Action No. 3:03 CV 987 (CFD)

CITY of HARTFORD, et al.
    Defendants.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending:(orefm.)

____ A ruling on the following motions which are currently pending:(orefm.)

__X__ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this ___ day of October 2003, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge