UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH INTURRI, ET AL.<br>Plaintiffs | : CIVIL ACTION NO. 3:03CV987 (CFD) |
| vs. | : |
| CITY OF HARTFORD, CONNECTICUT;<br>and BRUCE P. MARQUIS,<br>Defendants | : JULY 30, 2003 |

## MOTION FOR COSTS FOR SERVICE OF COMPLAINT

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the plaintiff hereby moves that costs of $50.00 be imposed on the defendant City of Hartford for its failure to comply with a request to waive service of summons, together with a reasonable attorney fee of $200.00 for the drafting of this motion, which is required to collect the costs of service. In support hereof, the plaintiff provides a copy of the cost of service and an affidavit of Matthew D. Dyer, one of the plaintiffs' attorneys.

THE PLAINTIFFS – JOSEPH INTURRI,
DARREN BESSE, MARK CASTAGNA,
STEPHEN J. MIELE, and MATTHEW ROONEY

By: _____
Jon L. Schoenhorn
Jon L. Schoenhorn & Associates
His Attorneys
97 Oak Street
Hartford, CT 06016
Tel. No. (860) 278-3500
Fed. Bar No. ct00119

*Granted, absent objection. So ordered. UDST 11/25/03*