UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Settlement Conference Calendar**

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

January 20, 2004

10:00 a.m.

FILED
2004 JAN 20 P 1:56
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. <u>3-03-987(CFD)</u>  (CFD) <u>Joseph Inturri v. City of Hartford, et al</u>

**SETTLEMENT CONFERENCE**

Helen Apostolidis
Corporation Counsel's Office
550 Main St.
Hartford, CT 06103


Jon L. Schoenhorn
Law Offices Of Jon L. Schoenhorn
97 Oak St.
Hartford, CT 06106

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Conf. held w/ TPS - Did not settle -

Time: 1' 30"