UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 20 P 1:56

U.S. DISTRICT COURT
HARTFORD, CT.

JOSEPH INTURRI, et al.
    -plaintiffs

             -v-                         Civil 3-03 CV 987 (CFD)

CITY OF HARTFORD et al.
-defendants

### SETTLEMENT CONFERENCE MEMO AND ORDER

A combined settlement conference and status conference was held in this case today. The case did not settle at the conference, but a number of suggestions were made to focus counsels' settlement efforts and, in the event the case is not settled, to streamline the proceedings. In furtherance of this effort, the undersigned recommends that the existing deadlines be expanded by 30 days so that: discovery is completed by March 3, 2004; dispositive motions are filed by March 31, 2004; and the trial brief is filed by March 31, 2004.

Counsel for both sides are free to contact the undersigned for purposes of arranging another settlement conference if one is

desired.

Dated at Hartford, Connecticut, this 20th day of January, 2004.

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE