UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
JOSEPH INTURRI, ET AL
                                                :         CIVIL ACTION NO.
            Plaintiffs         :         3:03 CV 987 (CRD)
v.                                               :
                                                :
CITY OF HARTFORD, ET AL         :         MARCH 30, 2004
            Defendants       :
_____:

**MOTION FOR EXTENSION OF TIME**

      The defendants, CITY OF HARTFORD and BRUCE P. MARQUIS, pursuant to Local Rule 7(b), hereby request an extension of time, up to and including May 14, 2004, within which to file dispositive motions. In support of this motion, the defendants represent as follows:

      The parties were previously granted until March 3, 2004 to complete discovery and until March 31, 2004 to file dispositive motions.

      In order to present this case for resolution in the most expeditious manner, the parties intend to file cross-motions for summary judgment based upon a joint stipulation of facts. The parties have commenced preparation of their dispositive motions, but have not yet completed work thereon. The additional time is needed to

finalize the stipulation of facts and/or exhibits and to complete the parties' respective memoranda.

The undersigned telephoned plaintiffs' counsel in order to ascertain his position in connection with this motion. Plaintiffs' counsel has indicated that he does not object to the granting of this extension and that the plaintiffs join in this request.

This is the defendants' first request to extend the time for filing dispositive motions.

WHEREFORE, defendants move for an extension up to and including May 14, 2004 for filing dispositive motions.

                                      DEFENDANTS

                                      BY_____
                                      Helen Apostolidis
                                      Assistant Corporation Counsel
                                      Their Attorney
                                      550 Main Street
                                      Hartford, CT 06103
                                      Federal Bar No. Ct 05534
                                      Telephone (860) 543-8575
                                      Facsimile (860) 722-8114

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of March 2004 to:

Jon L. Schoenhorn, Esq.
97 Oak Street
Hartford, CT 06106

                                                      _____
                                                    Helen Apostolidis