d
#15

'04 MAR 30 P 4:36

[DISTRICT COURT
HARTFORD CT]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:03 CV 987 (CRD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | MARCH 30, 2004 |
| Defendants | : | |

## MOTION FOR EXTENSION OF TIME

The defendants, CITY OF HARTFORD and BRUCE P. MARQUIS, pursuant to Local Rule 7(b), hereby request an extension of time, up to and including May 14, 2004, within which to file dispositive motions. In support of this motion, the defendants represent as follows:

The parties were previously granted until March 3, 2004 to complete discovery and until March 31, 2004 to file dispositive motions.

In order to present this case for resolution in the most expeditious manner, the parties intend to file cross-motions for summary judgment based upon a joint stipulation of facts. The parties have commenced preparation of their dispositive

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/14/04

FILED
2004 APR 15 P 2:01
U.S. DISTRICT COURT
HARTFORD, CT