### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL. | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
|     Plaintiffs | | |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT; and BRUCE P. MARQUIS, | | |
|     Defendants | : | MAY 13, 2004 |

### MOTION FOR EXTENSION OF TIME

The plaintiffs, JOSEPH INTURRI, ET AL., pursuant to Local Rule 7(b), hereby request an extension of time, up to and including May 21, 2004, within which to file dispositive motions. In support of this motion, the plaintiffs represent as follows:

The parties were previously granted until May 14, 2004 to complete discovery and file dispositive motions.

In order to present this case for resolution in the most expeditious manner, the parties intend to file cross-motions for summary judgment based upon a joint stipulation of facts. The parties have commenced preparation of their dispositive motions, but have not yet completed work thereon. The additional time is needed to finalize the stipulation of facts and/or exhibits and to complete the parties' respective memoranda.

The undersigned telephoned defendants' counsel in order to ascertain her position in connection with this motion. Defendants' counsel has indicated that she does not object to the granting of this extension and that the defendants join in this request.

This is the plaintiffs' first request to extend the time for filing dispositive motions.

WHEREFORE, plaintiffs move for an extension up to and including June 18, 2004 for

filing dispositive motions.

                                                    PLAINTIFFS

                                                    BY_____
                                                            Jon L. Schoenhorn
                                                            Their Attorney
                                                            97 Oak Street
                                                            Hartford, CT 06103
                                                            Federal Bar No. ct.00119
                                                            Telephone (860) 278-3500
                                                            Facsimile (860) 278-6393

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of May 2004 to:

Helen Apostolidis
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103

                                                            _____
                                                            Jon L. Schoenhorn