UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:03 CV 987 (CRD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | MAY 21, 2004 |
| Defendants | : | |

_____:

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants, CITY OF HARTFORD and BRUCE P. MARQUIS, hereby move for Summary Judgment on Plaintiffs' Complaint, in its entirety, on the basis that there are no material facts in dispute and they are entitled to judgment as a matter of law.

In support of this Motion, the defendants rely upon the accompanying Memorandum of Law, Stipulation of Facts of even date herewith, and Local Rule 56(a)(1) Statement.

WHEREFORE, the defendants request that judgment enter in their favor as a matter of law.

motion

                    DEFENDANTS

BY_____
       Helen Apostolidis
       Assistant Corporation Counsel
       Their Attorney
       550 Main Street
       Hartford, CT 06103
       Federal Bar No. Ct 05534
       Telephone (860) 543-8575
       Facsimile (860) 722-8114

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage prepaid, this 21st day of May 2004 to:

Jon L. Schoenhorn, Esq.
97 Oak Street
Hartford, CT 06106

_____
Helen Apostolidis