UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL. | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
|     Plaintiffs | | |
| | | |
| vs. | : | |
| | | |
| CITY OF HARTFORD, CONNECTICUT; | | |
| and BRUCE P. MARQUIS, | | |
|     Defendants | : | MAY 21, 2004 |

**PLAINTIFFS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the parties respectfully move this Court for Summary judgment on their complaint, as there are no issues of material fact to refute plaintiffs claim that the defendants' General Order 6-15 is unconstitutionally vague, and/or because plaintiffs have been singled out and treated differently in violation of the Equal Protection Clause, all in violation of plaintiffs' rights under the fourteenth amendment to the United States Constitution.

In support of this motion, the plaintiffs submit the following:

1. A Rule 56(e) statement of facts and attachments; and

2. A memorandum of law in support of the plaintiffs' Motion for Summary Judgment.

WHEREFORE, the plaintiffs respectfully move that this Motion be granted and that judgment be entered in their favor.

Dated at Hartford on this 21st day of May, 2004.

                                              THE PLAINTIFFS,

                                    BY_____
                                        JON L. SCHOENHORN
                                        Their Attorney

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, via first class mail, on the date of this pleading to:

Helen Apostolidis, Esq.
City of Hartford Corporation Counsel
550 Main Street
Hartford, CT 06103
Fed. Bar No. ct05534
Tel. No. (860) 543-8575
Fax No. (860) 722-8114

                                                              _____
                                                               Jon L. Schoenhorn