UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL. | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
|     Plaintiffs | | |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT; and BRUCE P. MARQUIS, | | |
|     Defendants | : | MAY 21, 2004 |

## PLAINTIFFS RULE 56(e) STATEMENT OF FACTS

Pursuant to §56(e) of the Federal Rules of Civil Procedure, the parties herein have agreed and stipulated that there are no material facts in dispute. The Stipulated Facts are attached hereto.

Plaintiffs also attach five affidavits, one for each plaintiff, swearing to the fairness and accuracy of the depiction of their respective tattoo in each photograph attached thereto as an Exhibit. The affidavits are attached as follows:

1. Affidavit of plaintiff Joseph Inturri; referencing Exhibit A (photograph);

2. Affidavit of plaintiff Stephen Miele; referencing Exhibit B (photograph);

3. Affidavit of plaintiff Matthew Rooney; referencing Exhibit C (photograph);

4. Affidavit of plaintiff Darren Besse; referencing Exhibit D (photograph); and

5. Affidavit of plaintiff Mark Castagna; referencing Exhibit E (photograph).

WHEREFORE, the foregoing is submitted by plaintiffs in support of their Motion for Summary Judgement, filed the date of this statement.

THE PLAINTIFFS,

BY_____
      JON L. SCHOENHORN
      Federal Bar No. ct00119
      Jon L. Schoenhorn & Associates
      97 Oak Street
      Hartford, CT  06106
      Tel: (860) 278-3500
      Fax: (860) 278-6393

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed, via first class mail, on the date of this pleading to:

Helen Apostolidis, Esq.
City of Hartford Corporation Counsel
550 Main Street
Hartford, CT 06103
Fed. Bar No. ct05534
Tel. No. (860) 543-8575
Fax No. (860) 722-8114

                                  _____
                                  Jon L. Schoenhorn