UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL.<br>Plaintiffs | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT;<br>and BRUCE P. MARQUIS,<br>Defendants | : | MAY 21, 2004 |

### AFFIDAVIT

I, Joseph Inturri, being duly sworn, do hereby depose and say, that:

1. I am over the age of eighteen years and believe in the obligation of an oath;

2. I have a tattoo on my arm, and I have had said tattoo since October 1994.

3. The photograph attached hereto as Exhibit A is a fair and accurate depiction of my tattoo.

I hereby swear, under penalties of perjury, that the foregoing is true.

_____
Joseph Inturri

Subscribed and sworn to me on this 21st day of May, 2004.

_____
Michelle March
Notary Public
My Commission expires: