UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL. | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
|     Plaintiffs | | |
| | | |
| vs. | : | |
| | | |
| CITY OF HARTFORD, CONNECTICUT; and BRUCE P. MARQUIS, | | |
|     Defendants | : | MAY 20, 2004 |

## AFFIDAVIT

I, Matthew Rooney, being duly sworn, do hereby depose and say, that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I have a tattoo on my arm, which I have had since, approximately, October 1992.

3. The photograph attached hereto as Exhibit C is a fair and accurate depiction of my tattoo.

I hereby swear, under penalties of perjury, that the foregoing is true.

_____
Matthew Rooney

Subscribed and sworn to me on this 20th day of May, 2004.

_____
Michelle March
Notary Public
My Commission expires: