UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL.<br>Plaintiffs | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT;<br>and BRUCE P. MARQUIS,<br>Defendants | : | MAY 20, 2004 |

## AFFIDAVIT

I, Darren Besse, being duly sworn, do hereby depose and say, that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I have a tattoo on my arm, and have had it since March 2003.

3. The photograph attached hereto as Exhibit D is a fair and accurate depiction of the tattoo on my arm.

I hereby swear, under penalties of perjury, that the foregoing is true.

_____
Darren Besse

Subscribed and sworn to me on this 20th day of May, 2004.

_____
Michelle March
Notary Public
My Commission expires: