UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL. | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
|     Plaintiffs | | |
| | | |
| vs. | : | |
| | | |
| CITY OF HARTFORD, CONNECTICUT; | | |
| and BRUCE P. MARQUIS, | | |
|     Defendants | : | MAY 20, 2004 |

**AFFIDAVIT**

I, Mark Castagna, being duly sworn, do hereby depose and say, that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I have tattoos on each of my arms, which I have had since March 2003.

3. The photographs attached hereto as Exhibit E is a fair and accurate depiction of the tattoo on my arm.

I hereby swear, under penalties of perjury, that the foregoing is true.

                                                    _____
                                                  Mark Castagna

Subscribed and sworn to me on this 20th day of May, 2004.

                                                  _____
                                                  Michelle March
                                                  Notary Public
                                                  My Commission expires: