United States District Court
District of Connecticut
FILED AT HARTFORD
5/21/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL.<br>    Plaintiffs | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT;<br>and BRUCE P. MARQUIS,<br>    Defendants | : | MAY 20, 2004 |

## AFFIDAVIT

I, Stephen Miele, being duly sworn, do hereby depose and say, that:

1. I am over the age of eighteen years and believe in the obligation of an oath;

2. I have a tattoo on my arm, which I have had since Approximately SJM 1997.

3. The photograph attached hereto as Exhibit B is a fair and accurate depiction of my tattoo.

I hereby swear, under penalties of perjury, that the foregoing is true.

Stephen Miele

Subscribed and sworn to me on this 20th day of May, 2004.

Michelle March
Notary Public
My Commission expires: