# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:03 CV 987 (CRD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | MAY 21, 2004 |
| Defendants | : | |

## NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed the following document:

**Exhibits to Stipulation of Facts**

The document has not been filed electronically because the document cannot be converted to electronic format, as counsel lacks scanning capability.

The document has been manually served on all parties.

DEFENDANTS

BY _____
HELEN APOSTOLIDIS, ESQ.
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103
Fed. Bar No. ct05534
Telephone (860) 543-8575

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 21st day of May 2004 to:

Jon L. Schoenhorn, Esq.
97 Oak Street
Hartford, CT 06106

_____
Helen Apostolidis

stipulation                                    2