**For hearings, each party shall have 20 minutes for argument,
unless addition time is requested of, and approved by,
the Court in advance.**