UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH INTURRI, DARREN BESSE, : <br> MARK CASTAGNA, STEPHEN J. MIELE <br> and MATTHEW ROONEY : <br> : <br> v. :     CASE NO. 3:03CV987(CFD) <br> : <br> CITY OF HARTFORD <br> BRUCE P. MARQUIS I/O : | |

## JUDGMENT

This action having come on for consideration of the parties' cross motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting the defendants' motion and denying the plaintiffs' motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 31st day of March, 2005.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____