UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL. | : | CIVIL ACTION NO. 3:03CV987 (CFD) |
|     Plaintiffs | | |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT; and BRUCE P. MARQUIS, | | |
|     Defendants | : | APRIL 27, 2005 |

### NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), plaintiffs hereby provide notice that they appeal to the United States Court of Appeals for the Second Circuit the ruling of the United States District Court granting the defendants' Motions For Summary Judgment and denying plaintiffs' motion in a decision entitled, Ruling on Cross-Motions for Summary Judgment, dated March 30, 2005.

                                              PLAINTIFFS

                                              By_____
                                                 Jon L. Schoenhorn
                                                 Jon L. Schoenhorn & Associates
                                                 97 Oak Street
                                                 Hartford, CT 06106
                                                 (860) 278-3500
                                                 Fed bar #  ct00119
                                                 civlrights@aol.com

## CERTIFICATION

      I hereby certify that a true copy of the foregoing was mailed first-class, postage prepaid, on this 27th day of April, 2005 to:

Helen Apostolidis, Esq
City of Hartford Corporation Counsel
550 Main Street
Hartford, CT 06103

                                                      _____
                                                     Jon L. Schoenhorn