UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| JOSEPH INTURRI, ET AL.<br>Plaintiffs | : | CIVIL ACTION NO. 3:03CV987(CFD) |
| vs. | : | |
| CITY OF HARTFORD, CONNECTICUT;<br>and BRUCE P. MARQUIS,<br>Defendants | : | JUNE 14, 2005 |

### INDEX TO RECORD ON APPEAL

**DOCUMENT NO.**

| | |
|---|---|
| Cert. copy of docket entries | A |
| Complaint, filed on 6/4/03 | 1. |
| Answer & Special Defenses to Complaint by City of Hartford, Bruce P. Marquis, filed on 8/15/03 | 7. |
| Motion for Summary Judgment by City of Hartford, Bruce P. Marquis, filed on 5/21/04 | 18. |
| Motion for Summary Judgment by Darren Besse, Mark Castagna, Joseph Inturri, Stephen J. Miele, Matthew Rooney, filed on 5/21/04. | 19. |
| Stipulation of Facts re[18] Motion for Summary Judgment, [19] Motion for Summary Judgment, Motion for Summary Judgment, filed on 5/21/04. | 20. |
| Exhibits to Stipulation of facts by City of Hartford, Bruce P. Marquis re [20] Stipulation, filed on 5/21/04. | 21. |
| Memorandum In Opposition to [18] Defendants' Cross-Motion for Summary Judgment, filed by Darren Besse, Mark Castagna, Joseph Inturri, Stephen J. Miele, Matthew Rooney, filed on 6/11/04. | 23. |
| Memorandum in Opposition re [19] Motion for Summary Judgment filed by City of Hartford, Bruce P. Marquis, filed on 6/15/04. | 24. |
| Ruling, filed on 3/31/05 | 27. |
| Judgment, filed on 3/31/05 | 28. |
| Notice of Appeal, filed on 4/27/05 | 29. |

## **CERTIFICATION**

      I hereby certify that a true copy of the foregoing was mailed first-class, postage prepaid, on the 14th of June, 2005 to:

Helen Apostolidis
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103

                                                   Jon L. Schoenhorn

F:\SHARED\CLIENTS\Inturri\Appeal\Record on Appeal.wpd